IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIE T. TATUM,

    Plaintiff,

v.

SYSCO CORPORTION; and SYSCO JACKSONVILLE, INC.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-105

**O R D E R**

This matter is before the Court upon Plaintiff's counsel's complete disregard for this Court's directives. On May 11, 2020, this Court issued a notice setting this matter down for a Motions hearing on May 21, 2020, on several Motions including Defendants' Motion for Summary Judgment.[1] The Court delivered the hearing notice to counsel through the Court's electronic case filing system. Additionally, the undersigned's Courtroom Deputy Clerk attempted to contact Plaintiffs' counsel, Mr. Edward R. Stabell, III, via e-mail and telephone on several occasions regarding the hearing. Despite these efforts, Mr. Stabell failed to respond to any of the Court's communications. On May 21, 2020 the Court held the scheduled hearing via electronic means. Though Defendant's counsel appeared at the hearing, Mr. Stabell failed to attend. Despite numerous attempts by the Clerk to contact Mr. Stabell, he has taken no action whatsoever in this case to remedy his nonappearance, and he has utterly failed to respond to the Court's communications.

---

[1] In light of the COVID-19 (coronavirus) pandemic, the Court conducted the hearing via electronic means. The undersigned's Courtroom Deputy Clerk e-mailed counsel instructions for appearing at the hearing.

The Court is reluctant to dismiss this case without hearing from Plaintiff's counsel. Moreover, Mr. Stabell's complete silence in the face of this Court's notice and several communications indicates that the failure to prosecute this case may be due to counsel's indolence rather than Plaintiff's lack of desire to pursue her claims. Therefore, the Court **ADMINISTRATIVELY STAYS** this case until further Order of the Court so that it may assess the status of this case.

Within **fourteen (14) days** of the date of this Order, Mr. Stabell shall file a written response on the docket of this case and shall **SHOW CAUSE** why the Court should not sanction him for failing to abide by this Court's directives. Mr. Stabell is forewarned that his failure to show cause shall result in sanctions against him. To ensure that Mr. Stabell receives a copy of this Order, the Court **DIRECTS** the Clerk of Court to send a copy of this Order to Mr. Stabell at his e-mail address and physical mailing address of record.

Additionally, to ensure that Plaintiff's rights are protected, the Court **DIRECTS** the Clerk of Court to attempt to locate a physical mailing address for Plaintiff and to deliver a copy of this Order to Plaintiff at that address via certified mail. Ordinarily a represented party may not file any pleadings with the Court. However, given Plaintiff's counsel's failure to respond to this Court's inquiries, the Court **DIRECTS** Plaintiff to file with the Court a written response within **twenty-one (21) days** of the date of this Order stating whether Plaintiff has had any recent contact with Mr. Stabell, whether Plaintiff has any updated contact information for Mr. Stabell, and whether Plaintiff intends to pursue her claims in this case. Plaintiff shall mail a copy of her response to: Clerk of Court, United States District Court for the Southern District of Georgia, 125 Bull Street Savannah, Georgia 31041. Plaintiff shall include the case number, 4:19-cv-105, in her response.

Plaintiff is forewarned that her failure to timely respond to the Court's Order may result in the dismissal of this lawsuit.

**SO ORDERED**, this 3rd day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA